UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20817-KMW

UNITED STATES OF AMERICA,

v.

JOSE MARIA VELEZ MONSALVE,

    Defendant.
_____/

**FEDERAL PUBLIC DEFENDER'S UNOPPOSED
MOTION TO WITHDRAW AND TO APPOINT CONFLICT-FREE COUNSEL**

    The Federal Public Defender respectfully files this Motion to Withdraw and to Appoint Conflict-Free Counsel and, in support thereof, states as follows:

    Mr. Velez Monsalve is charged with conspiracy to import five kilograms or more of cocaine into the United States, in violation of 21 U.S.C. § 963; and conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70506(b). (D.E. 3.)

    Undersigned counsel has determined that the Office of the Federal Public Defender has a conflict of interest in continuing to represent Mr. Velez Monsalve, based on this Office's prior representation of another individual, whose interests are materially adverse to those of Mr. Velez Monsalve.

    This Court's local rules incorporate the Florida Bar's Rules of Professional Conduct. *See* Local Rule 11.1.C. Under the Rules of Professional Conduct, a lawyer generally may not represent a client if such representation would be directly adverse

to that of another client or if the lawyer's independent judgment in such representation would be materially limited by a duty to another person. *See* Fla. R. Prof. Resp. 4-1.7(a) & (b). In Florida, public defender's offices are treated as law firms for purposes of imputed conflicts of interest. *See* Ward v. Florida, 753 So.2d 705, 708 (Fla. 1st DCA 2000); *see also* Comment to Fla. R. Prof. Resp. 4-1.10 (defining "firm" to include "legal services organization"). All members of a firm are prohibited from knowingly representing a client where any lawyer in that firm acting alone could not represent that client.

Undersigned counsel's office, and hence undersigned counsel, has a conflict as to the continued representation of Mr. Velez Monsalve. Accordingly, it is respectfully requested that the Court permit the Federal Public Defender to withdraw to prevent an actual conflict from tainting this case. *Cf. Wheat v. United States*, 486 U.S. 153, 163 (1988); *United States v. Ross*, 33 F.3d 1507, 1523 (11th Cir. 1994).

AUSA Joseph Schuster has indicated that he has no objection to this motion. This motion is filed in good faith and not to cause undue delay. A proposed order is attached.

WHEREFORE, the Federal Public Defender respectfully requests this Court to grant the motion to withdraw and to appoint conflict-free counsel for Mr. Velez Monsalve.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER
BY:   s/Abigail Becker

          Assistant Federal Public Defender
          Florida Bar No. 72284
          150 West Flagler Street, Suite 1700
          Miami, Florida 33130-1556
          Tel: 305-530-7000/Fax: 305-536-4559
          abigail_becker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          <u>s/Abigail Becker</u>