UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20817-CR-WILLIAMS

**UNITED STATES OF AMERICA**

vs.

**JOSE MARIA VELEZ MONSALVE,**

　Defendant.
_____/

**JOINT MOTION TO CONTINUE TRIAL**

　　　　The United States of America, by and through the undersigned Assistant United States Attorney, joined by Jose R.E. Batista, Esq., counsel for defendant Jose Maria Velez Monsalve ("Velez Monsalve"), hereby respectfully requests that, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), this Honorable Court grant a continuance for the calendar call, pretrial hearings, and trial for sixty (60) days, until the trial period beginning on or about June 22, 2020 (or the closest date to the trial period beginning after June 22, 2020), and states as follows:

1. This is the Parties' first motion for a continuance for this defendant's trial.

2. Defendant Velez Monsalve is the first of six defendants to be extradited from Colombia to face charges in the above-captioned case. The remaining five defendants (Carlos Ibarra Valencia, Carlos Alberto Cantin Rodriguez, Maria Lucelly Batero Soto, Francisco Ignacio Ruiz Castro, and Limber Disney Quiroz Cabal) are currently in Colombian custody pending extradition. It is unclear at this time when the remaining five defendants will be extradited.

3. On February 25, 2020, Velez Monsalve had his initial appearance before the Honorable Edwin G. Torres, United States Magistrate Judge (D.E. 12).

4. On March 12, 2020, this Honorable Court set the pre-trial schedule and procedures for defendant Velez Monsalve's case, scheduling calendar call for April 7, 2020, and trial for April 13, 2020 (D.E. 19).

5. On March 20, 2020, K. Michael Moore, United States Chief District Judge, Southern District of Florida, ordered all jury trials in the District scheduled to begin on or after March 30, 2020, continued until April 27, 2020 (Administrative Order 2020-21). All trial-specific deadlines in criminal cases scheduled to begin before April 27, 2020 were also continued (id.).

6. On March 25, 2020, this Honorable Court granted Assistant Federal Public Defender Abigail Becker's motion to withdraw, and appointed Jose R.E. Batista, Esq. as Velez Monsalve's counsel (D.E. 22).

7. Mr. Batista has not been able to visit with Velez Monsalve due to restrictions at FDC Miami related to the pandemic.

8. Undersigned counsel has not been able to provide Mr. Batista with discovery in the case due to logistical challenges related to the pandemic. Undersigned counsel is attempting to provide defense counsel with as much discovery as possible electronically.

9. Undersigned counsel is currently scheduled to begin an approximately four-week trial before the Honorable Cecilia A. Altonaga in United States v. Bernardo Quinonez, et al., Case No. 18-20946-CR-ALTONAGA (see Case No. 18-20946-CR-ALTONAGA D.E. 921).

10. The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18, U.S.C., § 3161(h)(7)(A).

11. As noted above, undersigned counsel consulted with Jose R.E. Batista, Esq., counsel for defendant Jose Maria Velez Monsalve, who joins this motion.

Therefore, the United States respectfully requests that this Honorable Court grant a continuance for the calendar call, pretrial hearings, and trial for sixty (60) days until the trial period beginning on or about June 22, 2020 (or the closest date to the trial period beginning after June 22, 2020).

                                        Respectfully submitted,
                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By:    /s/ Joseph M. Schuster
        Joseph M. Schuster
        Assistant United States Attorney
        Southern District of Florida
        Court ID # A5502182
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9336
        Fax: (305) 530-7976
        joseph.schuster@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Joseph M. Schuster*
Joseph M. Schuster
Assistant United States Attorney